IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TARA D. WILLIAMS                                                              PLAINTIFF

v.                              NO. 3:20-cv-00281 PSH

KILOLO KIJAKAZI, Acting Commissioner                     DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE